SARAH GOLDMAN, Respondent, v. BARNETT B. GOLDBERG, Appellant.

*Goldman* v. *Goldberg*, 113 App. Div. 912, affirmed.
(Submitted October 24, 1907; decided November 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 15, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term

in an action to compel specific performance of a contract to convey real estate.

*Nathan D. Stern* and *Edward Herrmann* for appellant.

*Arthur Hurst* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.